IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONALD CLARK**                                                                                   **PLAINTIFF**
**ADC #101466**

v.                                    **4:14CV00608 BSM**

**BILLY MOORE, et al.**                                                                     **DEFENDANTS**

## ORDER

The proposed findings and partial recommendation from United States Magistrate Judge Jerome T. Kearney have been received. After careful consideration of the timely objections, as well as a *de novo* review of the record, the proposed findings and recommendation are adopted in their entirety.

IT IS, THEREFORE, ORDERED that defendant Jailer Adams be dismissed from plaintiff's complaint without prejudice.

IT IS SO ORDERED this 13th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE

0