**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RONALD CLARK,**                                                       **PLAINTIFF**
**ADC #101466**

**v.**                        **4:14CV00608-BSM-JTK**

**BILLY MOORE et al.**                                            **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the proposed findings and recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment (Doc. No. 50) is granted, and plaintiff's complaint against defendants is dismissed with prejudice. An appropriate judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of September, 2015.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE